```
                                            FILED
                                        2007 AUG 22  PM 4:13
                                        CLERK US DISTRICT COURT
                                      SOUTHERN DISTRICT OF CALIFORNIA

                                      BY____CP_____DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 06CR2433-BTM |
| Plaintiff, ) | |
| v. ) | AMENDED ORDER OF CRIMINAL FORFEITURE |
| JORGE ALBERTO LARRANAGA-LIZARRAGA, ) | |
| Defendant. ) | |

On January 5, 2007, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited all right, title and interest of JORGE ALBERTO LARRANAGA-LIZARRAGA in the property listed in the Forfeiture Allegation of the Indictment, namely, $18,295.00 in U.S. Currency, to the United States.

On March 13, 20, and 27, 2007, the United States published, in a newspaper of general circulation, notice of the Court's Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n).

There were no potential third parties known to the United States to have alleged an interest in the forfeited property; therefore, no one was provided with direct notice of the forfeiture.

1     Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, as a result of the failure of any third party to come forward or file a petition for relief from forfeiture as provided by law, all right, title and interest of JORGE ALBERTO LARRANAGA-LIZARRAGA and any and all third parties in $18,295.00 in U.S. Currency is hereby condemned, forfeited and vested in the United States of America.

    IT IS FURTHER ORDERED that costs incurred by the United States Customs and Border Protection, and any other governmental agencies which were incident to the seizure, custody and storage of the property be the first charge against the forfeited property.

    IT IS FURTHER ORDERED that the United States Customs and Border Protection, shall dispose of the forfeited property according to law.

DATED: August 21, 2007

HONORABLE BARRY TED MOSKOWITZ
United States District Judge